# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **Rasheda Dial,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **2:14-CV-00663-WMA** |
| **Midland Funding, LLC; Midland** ) | |
| **Credit Management, Inc.,** ) | |
| ) | |
| **Defendants.** ) | |

## DISCLOSURE STATEMENT OF MIDLAND FUNDING, LLC AND MIDLAND CREDIT MANAGEMENT, INC.

Pursuant to Local Rule 3.4 of the Northern District of Alabama and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel certifies that Defendants Midland Funding LLC and Midland Credit Management, Inc. are wholly-owned subsidiaries of Encore Capital Group, Inc.  Although neither Midland Credit Management, Inc. nor Midland Funding LLC are publicly held or traded companies, Encore Capital Group, Inc. is a publicly held company.  Encore Capital Group, Inc. trades under NASDAQ symbol ECPG.

1386637.1

Respectfully submitted, this the 9th day of April, 2015:

/s/ Jason B. Tompkins
One of the Attorneys for Defendants,
Midland Credit Management, Inc. and
Midland Funding LLC

**OF COUNSEL:**

Jason B. Tompkins
Thomas R. DeBray, Jr.
Chase T. Espy
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama  35201-0306
Telephone:  (205) 251-8100
Facsimile:   (205) 226-8798

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been filed this the 9th day of April, 2015, via CM/ECF, which will electronically notify the following counsel of record:

John G. Watts
M. Stan Herring, Jr.
Watts & Herring LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

/s/ Jason B. Tompkins
Of Counsel

1386637.1

2