IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RASHEDA DIAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 2:14-CV-00663-TMP |
| MIDLAND FUNDING, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Rasheda Dial ("Plaintiff") and Defendants Midland Funding, LLC and Midland Credit Management, Inc., ("Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against Defendants, in the above-styled action, with the parties to bear their own fees, costs and expenses.

Respectfully submitted this 25th day of June, 2015.

_____     _____
John G. Watts (ASB-5819-t82j)          Jason B. Tompkins
M. Stan Herring (ASB-1074-n72m)        Thomas R. DeBray, Jr.
Watts & Herring, LLC                   Chase T. Espy
The Kress Building                     BALCH & BINGHAM LLP
301 19th Street North                  Post Office Box 306
Birmingham, Alabama 35203              Birmingham, Alabama 35201-0306
(205) 879-2447                         Telephone: (205) 251-8100
(888) 522-7167 *facsimile*             Facsimile: (205) 226-8798
john@wattsherring.com                  *Attorneys for Defendants*
stan@wattsherring.com
*Attorneys for Plaintiff*