FILED
2015 Jun-26 PM 03:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

RASHEDA DIAL,                    }
                                 }
    Plaintiff,                   }
                                 }     CIVIL ACTION NO.
v.                               }
                                 }     2:14-cv-663-WMA
MIDLAND FUNDING, LLC and         }
MIDLAND CREDIT MANAGEMENT,       }
Inc.,                            }
                                 }
    Defendants.                  }

## ORDER

Pursuant to the joint stipulation of dismissal filed on June 25, 2015, the above-entitled action is hereby DISMISSED WITH PREJUDICE.

The parties shall bear their own respective costs.

DONE this 26th day of June, 2015.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE